DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| | | | |
|---|---|---|---|
| 395P13 | State v. John Lewis Wray, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1406) | Denied<br><br>**Beasley, J., recused** |
| 405P13 | State v. Ernie Lee Warrick | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1424) | Denied |
| 424A13 | State of North Carolina *ex rel.* Utilities Commission; Duke Energy Progress, Inc., Applicant; Public Staff – North Carolina Utilities Commission, Intervenor v. Attorney General Roy Cooper, Intervenor, The North Carolina Waste Awareness And Reduction Network, Intervenor | 1. Duke Energy Progress, Inc. and Public Staff—N.C. Utilities Commission's Motion to Consolidate Appeal with Related Cases<br><br>2. Duke Energy Progress, Inc. and Public Staff—N.C. Utilities Commission's Motion in the Alternative to Schedule Oral Argument and Decisions in Related Appeals in a Sequence that Promotes Judicial Economy | 1. Denied<br><br>2. Denied |
| 428P13 | State v. David Clinton Divinie | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1311) | Denied |
| 444P13 | Gregory W. Tincher, Employee v. Adecco (Formerly Known as Olsten Staffing), Employer, Broadspire, Third-Party Administrator/ Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1153) | Denied |
| 444P13-2 | Gregory W. Tincher, Employee v. Adecco (Formerly Known as Olsten Staffing), Employer, Broadspire, Third-Party Administrator/ Carrier | Plt's Petition for *Writ of Certiorari* to Review Decision of COA | Denied |
| 447P13 | State v. Alvin Gibert | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1087) | Denied |